*John Watts De Peyster* v. *Spencer Hildreth et al.* H. F. CLARK, for complainant; D. GREIG, for Suydam, Sage & Co. Application of defendants for leave to renew a motion to open the order taking the complainant's bill as confessed, and the decree of foreclosure, or that the complainant may be decreed to redeem the defendants' judgment which was a lien on the mortgaged premises, denied, with costs to be taxed.

*Frances L. Warner* v. *William H. Paine et al.* H. W. WARNER, for appellant; A. W. CLASON, for respondent. Appeal from an order of the vice chancellor of the first circuit denying the complainant's application for an injunction. Order appealed from affirmed with costs.